IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN ANDERSON,<br>         Plaintiff,<br><br>  vs.<br><br><br>UNIT MANAGER ZOBAYTNE, A<br>BLOCK; CHERYL L. CHRONISTER,<br>Chief Grievance Officer; LAURAL<br>HARRY, Superintendent S.C.I. Camp Hill;<br>CORRECTIONS GUARD STOVER,<br>Commissary Supervisor,<br>         Defendants. | Civil Action No. 13-475<br>Judge Joy Flowers Conti<br>Magistrate Judge Maureen P. Kelly |

# **O R D E R**

AND NOW, this 31st day of May, 2013, after the Plaintiff, Brian Anderson, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until May 10, 2013, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this prisoner civil rights action is transferred forthwith to the United States District Court for the Middle District of Pennsylvania where venue is proper because all of the claims concern events that took place at the State Correctional Institution in Camp Hill ("SCI-Camp Hill") which is located within the territorial limits of the United States District Court for the Middle District of Pennsylvania ("Middle District").

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

/s/ Joy Flowers Conti  
JOY FLOWERS CONTI  
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Brian Anderson
KV-4456
S.C.I. Camp Hill
P.O. Box 200
Camp Hill, PA 17001-0200